# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **REGINALD NEWMAN #111774** | **CASE NO.  1:23-CV-01753 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DEPT OF CORRECTION** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 17), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** under §§ 1915A and 1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers, this the 21st day of March, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE